TROY J FOX, *et al.*,                    )
                                          )
                    Plaintiffs,           )
                                          )
    v.                                    )        No. 2:24-CV-00088-JRG-CRW
                                          )
COCKE COUNTY, TENNESSEE, *et al.*,        )
                                          )
                    Defendants.           )

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement for Benefit of Minor [Doc. 74]. On May 11, 2026, United States Magistrate Judge Cynthia R. Wyrick filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the settlement be approved. [Doc. 82]. The parties then jointly filed a Notice, stating that they have "no objection to the Magistrate Judge's Report and Recommendation." [Doc. 83 at 1].

The Court has conducted a review of the report and recommendation, as well as the record, and agrees with Judge Wyrick's conclusions. Accordingly, the Court **ACCEPTS** and **ADOPTS** Judge Wyrick's report and recommendation [Doc. 82]. The parties' joint motion for settlement approval [Doc. 74] is hereby **GRANTED**, and the settlement is **APPROVED**. The parties are **ORDERED** to submit a joint stipulation of dismissal within **thirty (30) days** of the entry of this Order.

So ordered.

ENTER:

                                   s/J. RONNIE GREER
                         UNITED STATES DISTRICT JUDGE